UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. SHELLY,<br><br>        Plaintiff.<br><br>    v.<br><br>OWENS-ILLINOIS, INC., et al.,<br><br>        Defendants. | Case No. 11-cv-05597-CRB   (JSC)<br><br>**ORDER RE: SETTLEMENT STATUS** |

    This action has been referred to Magistrate Judge Joseph C. Spero and Magistrate Judge Jacqueline Scott Corley for settlement purposes. The remaining parties in this case are ordered to do the following:

    1.    Plaintiff(s) shall make a demand in writing for settlement to each defendant. If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

    2.    Each defendant shall respond in writing to Plaintiff's demand.

    3.    Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

    4.    If the case is not resolved by the negotiations, each non-settling party shall prepare a Settlement Conference Statement which must be LODGED with Judge Corley's Chambers (NOT electronically filed) on or before **May 15, 2015.** Please 3-hole punch the document at the left side. Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JCSPO@cand.uscourts.gov and JSCPO@cand.uscourts.gov.

    5.    Upon the Court's review of the Statements, the Court will contact the parties regarding a date for an in-person settlement conference.

    **IT IS SO ORDERED.**

Dated: April 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge