CHARLES T. SHELDON, State Bar No. 155598
csheldon@wfbm.com
DEREK S. JOHNSON, State Bar No. 220988
djohnson@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
CBS Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

DALE SHELLY,

Plaintiffs,

v.

ASBESTOS CORPORATION LIMITED , et al.,

Defendants.

Case No. 3:11-cv-05597-CRB

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CBS CORPORATION AND ORDER**

Hon.: Charles R. Breyer

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to the approval by the Court, Defendant CBS Corporation hereby substitutes Derek S. Johnson, State Bar Number 220988, of WFBM, LLP and Charles T. Sheldon, State Bar Number 155598, of WFBM, LLP, as counsel of record in place of Pond North, LLP. The contact information for new counsel is as follows:

///

///

///

///

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

Derek S. Johnson, State Bar No. 220988
WFBM, LLP
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Email: djohnson@wfbm.com

AND

Charles T. Sheldon, State Bar No. 155598
WFBM, LLP
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Email: csheldon@wfbm.com

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

-2-
Case No. 3:11-cv-05597-CRB
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CBS CORPORATION AND [PROPOSED] ORDER
3061841.1
4274-42.000

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated:________________________ By:_________________________

Robert A. Noethiger

I consent to being substituted.

Dated:________________________ By:_________________________

Kevin D. Jamison

I consent to the above substitution.

Dated:________________________ By:_________________________

Derek S. Johnson

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: March 30, 2015 By:____

Ho... ...er
Un... ...e

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

-3-
Case No. 3:11-cv-05597-CRB
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CBS CORPORATION AND [PROPOSED] ORDER

3061841.1
4274-42.000