ALAN R. BRAYTON, ESQ., CA S.B. #73685
CHRISTINE A. RENKEN, ESQ., CA S.B. #232797
Email: CRenken@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. SHELLY,<br><br>Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>Defendants. | No. 3:11-cv-05597-CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OWENS-ILLINOIS, INC.** |

///
///
///
///
///
///
///

1

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OWENS-ILLINOIS, INC.

IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant OWENS-ILLINOIS, INC. shall be, and hereby are, dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 17, 2015       BRAYTON❖PURCELL LLP

By: _____
CHRISTINE A. RENKEN, CA S.B. #232797
Email: CRenken@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiff

Dated: September 23, 2015       SCHIFF HARDIN LLP

By: _____
YAKOV P. WIEGMANN, CA S.B. #245783
Attorneys for Defendant
OWENS-ILLINOIS, INC.

Signed:   9/28/2015

IT IS SO ORDERED
Judge Charles R. Breyer