BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. SHELLY, | No. 3:11-cv-05597-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES'** |
| vs. | **DISMISSAL WITH PREJUDICE OF** |
| ASBESTOS CORPORATION LIMITED, et al., | **DEFENDANT ASBESTOS CORPORATION LIMITED** |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant ASBESTOS CORPORATION LIMITED are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Nov. 6, 2015          By: _____
                                  Charles R. Breyer
                                  United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED