UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DUTTON,<br><br>        Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC, et al.,<br><br>        Defendants. | Case No. 05-3107 CRB<br><br>**ORDER TO DEFENDANT GENERAL ELECTRIC AND PLAINTIFFS REGARDING STATUS OF SETTLEMENTS**<br><br>*This Order Relates To*:<br>Clemmer, 05-3107 CRB<br>Alexander, 05-4945 CRB<br>Cody, 06-0843 CRB<br>Cervenka, 06-6949 CRB<br>Huff, 08-4490 CRB<br>Hulsen, 09-2012 CRB<br>Bullock, 09-3185 CRB<br>Jackson, 09-3186 CRB<br>Jones, 09-3953 CRB<br>Brown, 09-4681 CRB<br>Mack, 10- 1729 CRB<br>Gilpin, 11-3564 CRB<br>Huff, 11-3772  CRB<br>Shelly, 11-5597 CRB<br>Duenas, 12-0714 CRB<br>Lowe, 12-5227 CRB<br>McMeans, 13-0937 CRB |

    Plaintiffs and General Electric have advised the Court that the above cases have settled; however, as of the date of this Order dismissals of the cases or of the claims against General Electric have not been filed.  Accordingly, on or before **July 22, 2016**, the parties shall file dismissals in the above actions or, if no dismissal can be filed, a joint statement explaining the status of the settlement in each still pending action.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2